UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERNANDO JESUS JAIME, | ) | NO. EDCV 19-1854-JAK (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| UNKNOWN, | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that the entire action is dismissed without prejudice for failure to serve process pursuant to Fed. R. Civ. P. 4(m).

DATED: June 19, 2020

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE