# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO JESUS JAIME,<br><br>        Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>        Defendant. | NO. EDCV 19-1854-JAK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered dismissing the entire action without prejudice for failure to serve process pursuant to Fed. R. Civ. P. 4(m).

DATED: June 19, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE